MENY JACOBS, as President of the PROTECTIVE COAT TAILORS' AND PRESSERS' UNION, LOCAL 55, OF THE UNITED GARMENT WORKERS OF AMERICA, Appellant, *v.* MORRIS COHEN et al., Comprising the Firm of M. COHEN & SON et al., Respondents.

(Submitted January 29, 1906; decided February 6, 1906.)

Motion for re-argument denied, with ten dollars costs.   (See 183 N. Y. 207.)

---

HENRY EULER, Respondent, *v.* FREDERICK KAPPELMANN, Appellant.

*Euler* v. *Kappelmann,* 97 App. Div. 632, affirmed.
(Argued January 18, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Clarence Edwards* for appellant.

*H. A. Monfort* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ.   Not sitting : WILLARD BARTLETT, J.